AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Xinuos, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:22-cv-09777-CS |
| International Business Machines Corp., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Business Machines Corp., Red Hat, Inc.

Date: 12/06/2022

/s/ David R. Marriott
*Attorney's signature*

David R. Marriott, 2682565
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue, New York, NY 10019

*Address*

dmarriott@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*