**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7246**

WRITER'S EMAIL ADDRESS
alexanderrudis@quinnemanuel.com

December 13, 2022

<u>VIA ECF</u>

Hon. Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr. Federal Building
& U.S. Courthouse
300 Quarropas St.
White Plains, New York 10601

Re:   <u>Xinuos, Inc. v. International Business Machines Corp., et al. Civ. No. 7:22-cv-09777-CS</u>

Dear Judge Seibel:

As the Court is aware, this action was recently transferred to this district from the U.S. District Court for the Virgin Islands. David A. Nelson, Adam Wolfson, Deborah D. Bernstein and I, all of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), appeared as counsel *pro hac vice* for Defendants International Business Machines Corp., and Red Hat, Inc. ("Defendants") in that district. As this action is now pending in this district and additional counsel have appeared for Defendants, I write to request that all attorneys from Quinn Emanuel be permitted to withdraw as counsel for Defendants and that Your Honor direct the Clerk's office to terminate David A. Nelson, Adam Wolfson, Deborah D. Bernstein and I from the docket in this case.

David R. Marriott of Cravath, Swaine & Moore LLP has as also appeared for Defendants in this matter. To date there is a Status Conference scheduled for January 17, 2023 and corresponding preconference submissions due on January 10, 2023 pending in this matter (Dkt. No. 97). As such, our withdrawal will not affect any discovery, trial, or other such dates pending in this matter.

99999-01947/13772161.1

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

      If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Alexander Rudis*

Alexander Rudis

AR:ajs

cc:    All counsel of record (ECF)