# Exhibit 10

AIX 5L

Page 1 of 1

 Information and resources for **AIX 5L**   IBM. intel. SCO

- Home
- AIX Firsts
- Library
- Developer Tools
- Manufacturers
- Pressroom
- About This Site
- Contact Request



By taking IBM's AIX UNIX operating system and combining it with the best technologies from SCO's UnixWare operating system, AIX® 5L represents the next generation of AIX, IBM's enterprise UNIX operating system for both Intel® Itanium™- and IBM POWER-based systems

This website features information on both the AIX 5L operating system as well as the wide variety of hardware platforms supported by AIX 5L

### Benefits of AIX 5L

**Freedom of choice: POWER or Itanium**
In addition to the interoperability of AIX for POWER-based systems and AIX for Itanium-based systems, AIX 5L enables ISVs to support both platforms with a single source tree and a common development environment

**Standards-based UNIX platform**
AIX 5L continues as a leader in its adherence to operating system standards and is UNIX 98 branded. In fact, AIX was the first 64-bit UNIX operating system to achieve UNIX98 certification

**Affinity with Linux**
AIX affinity with Linux enables faster and less costly deployment of multi-platform, integrated solutions across AIX. In addition to a host of Linux development tools on AIX, Linux programs can be easily recompiled for native execution on AIX providing the industrial strength foundation of the industry leading UNIX operating system while taking full advantage of the benefits and capabilities of Linux applications
🗎 Linux application source interoperability with AIX

**Superior System Management Capabilities**
AIX offers complete, comprehensive and easy-to-use management and monitoring through the command line, System Management Interface Tool (SMIT) or the Web-based System Manager  The Web-based System Manager can be accessed through any Java-enabled browser and simplifies administrative and system management tasks.

**Workload Manager (WLM)**
WLM manages workloads and resources for AIX 5L and delivers automated resource administration for multiple applications running on a single server WLM allows organizations to take advantage of server consolidation and reap the cost and management benefits associated with centralized systems administration.

**Platforms**

As an open platform UNIX operating system, AIX 5L is available on two of the industry's most advanced microprocessors

🗎 AIX 5L for Itanium-based systems

🗎 AIX 5L for POWER-based systems

< Legal Statement

http://aix5l.ihost.com/                                                                                   5/2/2001

CONFIDENTIAL                                   SCO1231079