UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
XINUOS, INC.,                                               :
                                                            :
                        Plaintiff,                          :   CASE NO. 7:22-cv-09777-CS
                                                            :
           -against-                                        :
                                                            :
INTERNATIONAL BUSINESS MACHINES                             :
CORPORATION and RED HAT, INC.,                              :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------ x

## MOTION FOR WITHDRAWAL OF APPEARANCE OF GABRIEL M. RAMSEY

**PLEASE TAKE NOTICE** that the appearance of Gabriel M. Ramsey, who is no longer practicing at Crowell & Moring LLP, is hereby withdrawn as counsel of record for Plaintiff Xinuos, Inc. Plaintiff will continue to be represented in this case by Crowell & Moring LLP attorneys Mark A. Klapow, Warrington S. Parker III, Molly A. Jones, and Jacob Canter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 1.4, Mr. Ramsey will not be asserting a retaining or charging lien against Plaintiff Xinuos, Inc.

Dated:  December 8, 2023          /s/ *Warrington S. Parker*
                                  Warrington S. Parker

                                  Warrington S. Parker*
                                    wparker@crowell.com
                                  Molly A. Jones
                                    mojones@crowell.com
                                  Jacob S. Canter*
                                    jcanter@crowell.com

                                  CROWELL & MORING LLP
                                  3 Embarcadero Center, 26th Floor
                                  San Francisco, California 94111
                                  Telephone: 415-986-2800

        Mark A. Klapow
         mklapow@crowell.com
        CROWELL & MORING LLP
        1001 Pennsylvania Avenue, NW
        Washington, DC 20004-2595
        Telephone: 202-624-2500

(\**Admitted pro hac vice*)

*Attorneys for Plaintiff Xinuos, Inc.*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 8, 2023, a true and exact copy of the foregoing document will be served via email pursuant to the parties' agreement, upon:

David R Marriott
  dmarriott@cravath.com
Emma Kolesar
  ekolesar@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

                                              */s/ Molly A. Jones*
                                              Molly A. Jones