UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
XINUOS, INC.,                                         :
                                                      :   CASE NO. 7:22-cv-09777-CS
                    Plaintiff,                    :
                                                      :   **NOTICE OF APPEARANCE OF**
        -against-                             :   **COUNSEL FOR PLAINTIFF**
                                                      :
INTERNATIONAL BUSINESS MACHINES       :
CORPORATION, ET AL.,                          :
                                                      :
                    Defendants.                  :
                                                      :
------------------------------------------------------------ x

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

      **PLEASE TAKE NOTICE** that the undersigned is a member of this Court who effective immediately appears as counsel to Plaintiff Xinuos, Inc., and hereby requests that all future correspondence, papers and notices of all proceedings in the above action, be sent to the undersigned.

Dated: December 14, 2023
       Washington, D.C.

                                        Respectfully submitted,

                                        **CROWELL & MORING LLP**

               By:    */s/ Mark Supko*
                         Mark Supko (NY SBN 2592277)
                         Crowell & Moring LLP
                         1001 Pennsylvania Avenue, NW
                         Washington, DC 20004-2595
                         Tel: (202) 624-2500
                         E-Mail: msupko@crowell.com

                         *Attorney for Plaintiff Xinuos, Inc.*