```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Xinuos, Inc.,
                                Plaintiff(s),
                                                    ORDER OF REFERENCE TO A
                                                      MAGISTRATE JUDGE
             v.
                                                    7:22-CV-09777 (CS)


International Business Machines Corporation et al,
                                Defendant(s).
----------------------------------------------------------------X
```

The above entitled action is referred to the Hon. Victoria Reznik, United States Magistrate Judge, for the following purposes(s):

| | | | |
|---|---|---|---|
| _X_ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | SOCIAL SECURITY |
| ____ | DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation) | ____ | SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)* _____ <u>Discovery Disputes</u> | ____ | CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |
| ____ | HABEAS CORPUS | | _____ |

Dated:   January 22, 2024
             White Plains, New York

SO ORDERED.

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.