UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

XINUOS INC..,

                        Plaintiffs,

             -against-

INTERNATIONAL BUSINESS MACHINES CORP. ET AL.,
                              Defendant.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: __ 4/1/2024

**ORDER RE STATUS CONFERENCE**

7:22-CV-09777 CS-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled **April 12, 2024  at  11:00 AM.**

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739

and then # to enter the conference.

         **SO ORDERED.**

DATED:      White Plains, New York
             April 1, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge