UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XINUOS, INC.,<br><br>                        Plaintiff,<br><br>       v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. and RED HAT, INC.,<br><br>                      Defendants. | Case No. 7:22-cv-09777-CS-VR<br><br>**RULE 502(d) ORDER** |

**VICTORIA REZNIK, United States Magistrate Judge**

    It is hereby ORDERED as follows:

    1.    The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Dated: April 19, 2024
       White Plains

SO ORDERED.

_____
Hon. Victoria Reznik
United States Magistrate Judge