UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Xinuous, Inc.,

                           Plaintiffs,

-against-

IBM, et al.,

                           Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:22-cv-09777 CS-VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **September 17, 2024 at 1pm.**

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739

and then # to enter the conference.

SO ORDERED.

DATED:    White Plains, New York
               September 3, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge