# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4225

Chambers of
**Hon. Victoria Reznik**
United States Magistrate Judge

August 23, 2024

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xinuous, Inc.                    Plaintiffs,

- *against* -

IBM, et al.,
                                 Defendant.

**RESCHEDULING ORDER**
7:22-cv-09777-CS-VR

## Time Change Only

The telephone conference scheduled for **September 17, 2024 at 1:00 PM** before the Hon. Victoria Reznik, U.S.M.J., is rescheduled to **September 17, 2024 at 1:30 PM**.

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Aug 23, 2024**

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Aug 23, 2024