**MEMO ENDORSED**

 Crowell

September 26, 2024

The Hon. Judge Victoria Reznik
U.S. District Court for the Southern District of New York

**Re:**   ***Xinuos, Inc. v. IBM Corp. et. al.*, Case No. 7:22-cv-09777-CS-VR (S.D.N.Y.) –
Joint Request to Amend Civil Case Discovery and Scheduling Order**

To the Honorable Judge Reznik:

Plaintiff Xinuos, Inc. and Defendants International Business Machines Corp. and Red
Hat, Inc. jointly request that the Court amend the Civil Case Discovery Plan and Scheduling
Order entered on February 2, 2024 (Dkt. No. 150 (the "Scheduling Order")) so that (i) the
Parties be required to begin rolling productions of documents by October 4, 2024, and (ii) the
Parties substantially complete their respective document productions by November 15, 2024.

Although the Parties are in the process of collecting and reviewing documents, they
have determined that more time is needed to meet the current substantial completion deadline.
The Parties provide the following additional information as required by Section 1.E. of Your
Honor's Individual Practices:

- The Scheduling Order does not have a date when the Parties must begin rolling
  productions;

- The current substantial completion deadline in the Scheduling Order is
  September 30, 2024;

- The Parties have not previously requested any extensions of the Scheduling
  Order;

- The Parties to this litigation consent to this request.

Finally, these requests do not impact any other deadlines.

1

CROWELL & MORING LLP

By: /s/ Molly A. Jones

    Mark A. Klapow
    mklapow@crowell.com
    Justin D. Kingsolver
    jkingsolver@crowell.com
    CROWELL & MORING LLP
    1001 Pennsylvania Ave. NW
    Washington, D.C. 20004
    T: (202) 624-2500
    F: (202) 628-5116

    Molly A. Jones
    mojones@crowell.com
    CROWELL & MORING LLP
    3 Embarcadero Center, 26th Floor
    San Francisco, CA 94111
    T: (415) 986-2800
    F: (415) 986-2827

*Attorneys for Plaintiff Xinuos, Inc.*

CRAVATH, SWAINE & MOORE LLP

By: /s/ Michael J. Zaken

    David R. Marriott
    dmarriott@cravath.com
    Michael J. Zaken
    mzaken@cravath.com
    CRAVATH, SWAINE & MOORE LLP
    Two Manhattan West
    375 Ninth Avenue
    New York, NY 10001
    T: (212) 474-1000
    F: (212) 474-3700

*Attorneys for Defendants International Business Machines Corp. and Red Hat, Inc.*

The parties' request is GRANTED.  The new deadlines are as follows:
- The parties must begin rolling production of documents by 10/04/2024, and
- The parties must substantially complete all document productions by 11/15/2024.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 211.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 09/27/2024