```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Xinuos, Inc.,

                              Plaintiffs,

      -against-

IBM Corp.,

                              Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:22-cv-9777 CS-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Discovery Conference (via telephone) is hereby scheduled for **March 7, 2025 at 11:00 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the conference, the parties should be prepared to discuss the following:

    **Plaintiff should come prepared to answer questions about what, if any, information it has gleaned from the Defendants' production to date, and the scope of its request for source code, including any attempt to craft a more targeted request. Defendants should come prepared to answer questions about how frequently its source code is revised and updated, how those revisions are tracked, and whether and to what extent they produced any non-public high-level design documents or relevant product documentation following the Court's November 13, 2024**.

    **SO ORDERED.**

DATED:    White Plains, New York
               March 3, 2025

                                                        _____
                                                           VICTORIA REZNIK
                                                           United States Magistrate Judge