UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XINUOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION and RED HAT, INC., <br><br> Defendants. | Case No. 7:22-CV-09777-CS-VR |

# XINUOS' NOTICE OF APPEAL

Plaintiff Xinuos, Inc. ("Xinuos") hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered by this Court on April 2, 2025 (ECF No. 256), and specifically from the Court's grant of Summary Judgment in favor of Defendants International Business Machines Corp. and Red Hat, Inc. (collectively, "Defendants") on Xinuos' copyright infringement claim (Minute Entry of 1/22/24, Tr. of Oral Decision at ECF No. 166) and the Court's subsequent denial of Xinuos' motion for reconsideration of same (Minute Entry of 4/3/24, Tr. of Oral Decision at ECF No. 171), and from any and all other underlying and/or interlocutory decisions, opinions, orders, findings, or conclusions of the Court adverse to Xinuos relating to, pertinent to, leading to, or ancillary to the grant of Summary Judgment in favor of Defendants on Xinuos' copyright infringement claim.

Payment of the notice of appeal fee of $605.00 has been made as required by Federal Rule of Appellate Procedure 3(e) and 28 U.S.C. § 1913.

Dated: April 25, 2025        **CROWELL & MORING LLP**

By:  */s/ Mark M. Supko*
Mark M. Supko
msupko@crowell.com
Mark A. Klapow
mklapow@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
T: (202) 624-2500
F: (202) 628-5116

Warrington S. Parker, III
wparker@crowell.com
Joachim B. Steinberg
jsteinberg@crowell.com
Molly A. Jones
mojones@crowell.com
Jacob Canter
jcanter@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
T: (415) 986-2800
F: (415) 986-2827

*Attorneys for Plaintiff Xinuos, Inc.*